**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00499-CR**
_____

**IN RE WILLIAM EARL DURHAM**

**Original Proceeding**
**75th District Court of Liberty County, Texas**
**Trial Cause No. 24DC-CR00668**

**MEMORANDUM OPINION**

Before we issued an opinion in this matter, Relator, William Earl Durham, filed a Motion to Withdraw Writ of Mandamus. Relator no longer seeks mandamus relief. Accordingly, we dismiss the petition for a writ of mandamus without prejudice and without regard to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on January 6, 2026
Opinion Delivered January 7, 2026
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

1